No. 01–7529. THOMAS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7591. DUNSTER v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 01–7651. RASTEN v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. C. A. 1st Cir. Certiorari denied.

No. 01–7695. LAMPLEY v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 01–7724. FULTS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–7801. MASON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–7815. PATTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7934. REDMOND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7955. MATHIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–7971. OWEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7974. LOPEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–7975. LETTS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7976. ZUNIGA-HERNANDEZ v. GILKEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–7977. TOBAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7996. GOODALE v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.